UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

LAZARO DIAZ
DOMINGA DEL CARMEN DIAZ

DEBTORS                              /

CASE NO.: 19-19396-BKC-AJC
PROCEEDING UNDER CHAPTER 13

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on  AUGUST 26, 2020  .

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
☐ Kenia Molina, Esq.
   FLORIDA BAR NO: 0085156
☒ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Jose Ignacio Miceli, Esq.
   FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 19-19396-BKC-AJC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTORS**
LAZARO DIAZ
DOMINGA DEL CARMEN DIAZ
2942 SW 2 STREET
MIAMI, FL  33135

**Via Electronic Service:**
**ATTORNEY FOR DEBTORS**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

```
*********************
*** FAX TX REPORT ***
*********************

          TRANSMISSION OK

JOB NO.                   0912
DESTINATION ADDRESS       13052661151
SUBADDRESS
DESTINATION ID
ST. TIME                  05/05 12:00
TX/RX TIME                00'29
PGS.                      1
RESULT                    OK
```

# OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
SOUTHERN DISTRICT OF FLORIDA

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806
TELEPHONE: (954) 443-4402
FACSIMILE: (954) 443-4452

May 05, 2020

RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
#202-B
MIAMI, FL 33126

Case: 19-19396-BKC-AJC         RE: LAZARO DIAZ
                                   DOMINGA DEL CARMEN DIAZ

Dear RICARDO R. CORONA, ESQ.

More than thirty days have passed since the claims bar date on September 25, 2019. You have failed to file the Notice of Compliance by Attorney for Debtor required by Local Rule 2083-1(B) Claims Review Requirement, also know as Local Form 76.

The scope of the review required states: "Not later than 21 days after expiration of the claims bar date, the attorney shall examine, from records maintained by the clerk, the claims register and all claims filed in the case to determine whether additional action is necessary, including the filing and service in accordance with all applicable rules of: (a) an amended plan if the plan has not been confirmed; (b) a motion to modify the confirmed plan; (c) objections to nonconforming claims." Local Rule 2083-1(B)(1)

You must file a Local Form 76 within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case

Very truly yours,

Claims Administrator